```
                                         CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                  FILED

                                              JUN 0 1 2005

                                         JOHN F. CORCORAN, CLERK
                                         BY:
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARIO PIEDRO LIBERATO,** ) | Civil Action No. 7:05-CV-328 |
| ) | Criminal Action No. 5:04-CR-30037 |
| Petitioner, ) | |
| ) | **DISMISSAL ORDER** |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **FILED** and **DISMISSED** without prejudice as premature. This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This  31st  day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE